AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Nevada

FILED.
DATED: 2:45 p.m. September 8, 2020
MAGISTRATE JUDGE

| | |
|---|---|
| United States of America<br>v.<br><br>ALEJANDRO AVALOS<br>*Defendant* | Case No. 2:20-mj-00801-DJA<br><br>REC'D USMS D/NV<br>2020 SEP 08, 3:46pm |

FILED / ENTERED / RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD
SEP 18 2020
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   ALEJANDRO AVALOS                                                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Depredation Againt Property of the United States – 18 U.S.C. §§ 1361 and 2

Date:   09/08/2020

                                                                        *Issuing officer's signature*

City and state:   Las Vegas, NV                        The Honorable Daniel J. Albregts
                                                                        *Printed name and title*

### Return

This warrant was received on *(date)* 8/8/2020, and the person was arrested on *(date)* 8/10/2020
at *(city and state)* LAS VEGAS, NV

Date: 8/10/2020

                                                                        For    *Arresting officer's signature*
                                                                        FBI
                                                                        *Printed name and title*