# FILED

## UNDER

# SEAL

NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number: 13644
KIMBERLY SOKOLICH
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
702-388-6336
Kimberly.Sokolich@usdoj.gov
*Representing the United States of America*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>ALEJANDRO AVALOS,<br><br>Defendant. | Case No. 2:20-mj-00801-DJA-1<br><br>PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE |

Attached hereto and expressly incorporated herein is a Petition for Action on Conditions of Pretrial Release concerning the above-named defendant prepared by Alicia Coughlin, U. S. Pretrial Services Officer. I have reviewed that Petition and believe there is sufficient credible evidence which can be presented to the Court to prove the conduct alleged, and I concur in the recommended action requested of the Court.

Dated this 29th day of September, 2020.

                                                   NICHOLAS A. TRUTANICH
                                                 United States Attorney

                                                 /s/Kimberly Sokolich
                                                 KIMBERLY SOKOLICH
                                                 Assistant U.S. Attorney

PS 8
(Revised 12/04)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEVADA

U.S.A. vs. ALEJANDRO AVALOS                                Docket No. 2:20-mj-00801-DJA-1

Petition for Action on Conditions of Pretrial Release

      COMES NOW ALICIA COUGHLIN, U.S. PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Alejandro Avalos. The defendant initially appeared on September 11, 2020, before U.S. Magistrate Judge Brenda Weksler and was ordered released on a personal recognizance bond with the following conditions of release:

1. The defendant shall report to Pretrial Services for Supervision.
2. The defendant shall abide by the following restrictions on personal association, place of abode, or travel: Travel is restricted to Clark County, NV unless approved by Pretrial Services.
3. The defendant shall maintain or actively seek lawful and verifiable employment and notify Pretrial Services or the supervising officer prior to any change.
4. The defendant shall avoid all contact directly or indirectly with any person who is or may become a victim or potential witness in the investigation or prosecution, including but not limited to: List to be provided by the government
5. The defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner. This includes Marijuana and/or any item containing THC.
6. The defendant shall refrain from the use or possession of synthetic drugs or other such intoxicating substances.
7. The defendant shall submit to any testing required by Pretrial Services or the supervising officer to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and may include urine testing, a remote alcohol testing system and/or any form of prohibited substance screening or testing. The defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which is/are required as a condition of release.
8. The defendant shall pay all or part of the cost of the testing program based upon his/her ability to pay as Pretrial Services or the supervising officer determines.
9. The defendant shall not be in the presence of anyone using or possessing a narcotic drug or other controlled substances.
10. The defendant shall submit to a mental health evaluation as directed by Pretrial Services or the supervising officer.
11. The defendant shall participate in mental health treatment as directed by Pretrial Services or the supervising officer.
12. The defendant shall pay all or part of the cost of the medical or psychiatric treatment program or evaluation based upon his/her ability to pay as determined by Pretrial Services or the supervising officer.

**Respectfully presenting petition for action of Court and for cause as follows:**

1. Mr. Avalos was arrested on September 19, 2020, and has been charged with Battery Which Constitutes Domestic Violence, third offense (F); and Domestic Battery, second offense (M) in Las Vegas Township Justice Court case number 20-CR-024525. Mr. Avalos has been detained at Clark County Detention Center for this matter since September 19, 2020 and is next scheduled to appear for a Preliminary Hearing on October 7, 2020 at 9:00 AM

**PRAYING THAT THE COURT WILL ORDER A WARRANT BE ISSUED BASED UPON THE INFORMATION OUTLINED ABOVE. FURTHER, THAT A HEARING BE HELD TO SHOW CAUSE WHY PRETRIAL RELEASE SHOULD NOT BE REVOKED.**

### ORDER OF COURT

Considered and ordered this <u>29th</u> day of September, 2020 and ordered filed and made a part of the records in the above case.

_____
Honorable Brenda Weksler
U.S. Magistrate Judge

I declare under penalty of perjury that the information herein is true and correct. Executed on this 29TH day of September, 2020.

Respectfully Submitted,

_____
EO Alicia Coughlin
Alicia Coughlin
U.S. Pretrial Service Officer
Place: <u>Las Vegas, Nevada</u>